```
                        United States Bankruptcy Court
                         Eastern District of New York

In re:                                                   Case No. 13-44918-cec
Glenroy Paul                                             Chapter 13
       Debtor
                           CERTIFICATE OF NOTICE

District/off: 0207-1        User: mmendieta         Page 1 of 2         Date Rcvd: Aug 13, 2013
                            Form ID: 218            Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2013.
db          +Glenroy Paul,    974 Rutland Road,    Apt 3F,    Brooklyn, NY 11212-1500
tr          +Michael J. Macco,    135 Pinelawn Road,    Suite 120 South,    Melville, NY 11747-3153
8112757     +Con Edison,    4 Irving Place,    New York, NY 10003-3598
8112758     +Creditone LLC,    c/o Rosenfeld Law Group LLC,    2 Pearlman Drive,    Suite 310,
              Spring Valley, NY 10977-5230
8112759     +Flusing Bank,    159-18 Northern Boulevard,,    Suite 201,    Flushing, NY 11358-1655
8112756      Internal Revenue Services,    Special Procedure,    290 Broadway, 5th Fl. Insolvency,
              New York, NY 10008
8112760     +KeyBank Real Estate Capital,    Loan Sevicing Department,    11501 Outlook Street, Suite 300,
              Overland Park, KS 66211-1807
8112755     +NEW YORK STATE TAX COMMISSION,    P.O. BOX 5149,    Albany, NY 12205-0149
8112762      NYC,    Manhattan Payment Center,    PO Box 410,    Church Street Station,    New York, NY 10008-0410
8112763      NYC Department of Finance,    PO Box 680,    Newark, NJ 07101-0680
8112764      NYC Water Board,    Dep/BCS Customer Service,    PO Box 739055,    Elmhurst, NY 11373-9055
8112761     +National Grid,    PO Box 1741,    Newark, NJ 07101-1741
8112754     +Office of the United States Trustee,    Southern District of New York,    33 Whitehall Street,
              New York, NY 10004-2112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: ago@gordonoliverlaw.com Aug 13 2013 18:12:28      Arlene Gordon-Oliver,
              Arlene Gordon-Oliver PC,    199 Main Street,    Suite 203,    White Plains, NY 10601
smg         +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Aug 13 2013 18:13:04      United States Trustee,
              Office of the United States Trustee,    271 Cadman Plaza East,    Brooklyn, NY 11201-1833
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2013**            **Signature:** *Joseph Speetjens*

```
District/off: 0207-1          User: mmendieta              Page 2 of 2                  Date Rcvd: Aug 13, 2013
                              Form ID: 218                 Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2013 at the address(es) listed below:

          Arlene  Gordon-Oliver    on behalf of Debtor Glenroy  Paul ago@gordonoliverlaw.com
          Michael J. Macco    ecf@maccosternlaw.com, jzarrilli@maccosternlaw.com
          United States Trustee    USTPRegion02.BR.ECF@usdoj.gov

                                                                                               TOTAL: 3

**B9I (Official Form 9I)** (Chapter 13 Case) (12/12)   Case Number **1−13−44918−cec**

# UNITED STATES BANKRUPTCY COURT
Eastern District of New York

## Notice of
## Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 8/12/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Glenroy Paul
974 Rutland Road
Apt 3F
Brooklyn, NY 11212

| Case Number:<br>1−13−44918−cec | Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:<br>xxx−xx−8776 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Arlene Gordon−Oliver<br>Arlene Gordon−Oliver PC<br>199 Main Street<br>Suite 203<br>White Plains, NY 10601<br>Telephone number: 914−682−9750 | Bankruptcy Trustee (name and address):<br>Michael J. Macco<br>135 Pinelawn Road<br>Suite 120 South<br>Melville, NY 11747<br>Telephone number: (631) 549−7900 |

## Meeting of Creditors
Date: **September 11, 2013**      Time: **10:00 AM**
Location: **Office of the United States Trustee, 271−C Cadman Plaza East, Room 2579 − 2nd Floor, Brooklyn, NY 11201−1800**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **12/10/13**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **2/10/14**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 11/12/13**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Hearing on Confirmation of Plan
The debtor has or will file a plan. The hearing on confirmation will be held:
Date: **10/22/13**, Time: **10:00 AM**, Location: **United States Bankruptcy Court, 271−C Cadman Plaza East, Courtroom 3529 − 3rd Floor, Brooklyn, NY 11201−1800**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>271−C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201−1800<br>Telephone number: (347)394−1700 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Robert A. Gavin, Jr. |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 8/13/13 |

## EXPLANATIONS          B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form "Official Form B10" can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any Bankruptcy Clerk's Office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Undeliverable Notices | Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the parties correct address, resend the returned notice, and notify this office of the parties change of address. Failure to provide all parties with a copy of the notice may adversely affect the debtor as provided by the Bankruptcy Court. |
| Form 21 Statement of Social Security # | The debtor or debtor's attorney is required to bring a paper copy of the petition with full social security number displayed to the first meeting of creditors. |
| Personal Financial Management Course | In order to receive a discharge, the debtor must complete a Personal Financial Management Course and must file a Certificate of Completion of the Personal Financial Management Course (Official Form 23) no later than the last payment under the plan or upon the entry of a motion for a hardship discharge. If the Certificate of Completion is not filed within the allotted time, **a discharge will not be issued and the case will be closed.** |
| Hearing on Confirmation of the Plan; **Dismissal of Case** | The hearing on confirmation of the plan may be adjourned at the meeting of creditors without further notice. The Court, on motion heard at the confirmation hearing, may dismiss the case or convert it to one under Chapter 7 if the debtor fails to timely file a plan or other required papers, fails to make a required preconfirmation payment, or fails to appear at the meeting of creditors or confirmation hearing. **The Court, on motion heard at the confirmation hearing, may also dismiss the case or convert it to one under Chapter 7 if confirmation of the plan is denied.** |

–– Refer to Other Side for Important Deadlines and Notices ––