UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------}(

IN RE:   Glenroy Paul

Chapter 13

Case No.:   1-13-44918

Debtor(s)

**AMENDED** CHAPTER 13 PLAN

----------------------------------------------}(

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay to the trustee for a total of  60  months, the sum of: $ 539.10  commencing  September 2013  through and including  August 2018  for a period of  60  months;

2. From the payments so received, the trustee shall make disbursements as follows:
   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.
   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).

_____(mortgage holder) to be paid pre-petition arrears in the sum of $__ plus __% interest over the life of the plan.

   (c) Subsequent to distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows: PRO RATA distribution to all timely filed proofs of claim of not less than  100  %(percent).

3. All lease agreements are hereby assumed, unless specifically rejected as follows:

| Other Party | Description of Contract or Lease |
|---|---|
| 1. Ming Q Inc.<br>974 Rutland Road<br>Brooklyn, New York 11212 | Nail Salon Tenant 5 year lease of commercial space. |
| 2. Mr. Matthew Walker<br>974 Rutland Road<br>Brooklyn, New York 11212 | Tenant 2 year lease. |
| 3. Ms. Sherry Peters<br>974 Rutland Road<br>Brooklyn, New York 11212 | Tenant 2 year lease. |

4. During the pendency of this case, the debtor(s) will provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

Title to the debtor(s) property shall revest in the debtor(s) upon completion of the plan, unless otherwise provided in the Order confirming this plan. Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.

/s/ Glenroy Paul
Glenroy Paul
Debtor

Dated: _____

/s/ ARLENE GORDON-OLIVER, ESQ.
ARLENE GORDON-OLIVER, ESQ.
Attorney for Debtor

Software Copyright (c) 1996-2013 CCH INCORPORATED-  www.bestcase.com

Best Case Bankruptcy