**Amended**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

In re: **Glenroy M. Paul**
Debtor(s)

Case No.: **1-13-44918 (CEC)**
Reporting Period: **8/12/13 – 8/31/13**
S.S. No.: _____

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to the Trustee's Office within 20 days after the end of the month.

Include FORM MOR-1 (INDV) if debtor(s) is/are wage earner(s).
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | FORM NO. | DOCUMENT ATTACHED | EXPLANATION ATTACHED |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Post-Petition Taxes | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | | | |
| Listing of aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. §1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

/s/ Glenroy Paul
Debtor(s)' Signature

Date: 11/5/13

_____
Joint Debtor(s)' Signature (if applicable)

Date

**DEBTOR(S) MUST ATTACH PROOF THAT DEBTOR(S) IS/ARE DEPOSITING INCOME TAXES IN A SEPARATE ACCOUNT EVERY MONTH.**

FORM MOR (INDV)
(10/00)

09/25/2013 11:38 FAX                                                                                            ☑0003/0005

In re: __Glenroy Paul__                                        Case No.: __1-13-44918__
        Debtor(s)                                         Reporting Period: __8/12/13 - 8/31/13__

## INDIVIDUAL DEBTOR(S) CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor(s)' books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $1740.00 |  |
| **RECEIPTS** |  |  |
| Wages (Net) |  |  |
| Interest and Dividend Income |  |  |
| Alimony and Child Support |  |  |
| Social Security and Pension Income |  |  |
| Sale of Assets |  |  |
| Other Income (attach schedule) |  |  |
| Total Receipts | 0 |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) |  |  |
| Rental Payment(s) |  |  |
| Other Secured Note Payments |  |  |
| Utilities |  |  |
| Insurance |  |  |
| Auto Expense |  |  |
| Lease Payments |  |  |
| IRA Contributions |  |  |
| Repairs and Maintenance |  |  |
| Medical Expenses |  |  |
| Household Expenses |  |  |
| Charitable Contributions |  |  |
| Alimony and Child Support Payments |  |  |
| Taxes - Real Estate |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Other (attach schedule) |  |  |
| Travel and Entertainment |  |  |
| Gifts |  |  |
| Total of business expenses listed on next page |  |  |
| Total Ordinary Disbursements | 0 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  |  |
| U.S. Trustee Fees |  |  |
| Other Reorganization Expenses (attach Schedule) |  |  |
| Total Reorganization Items | 0 |  |
| Total Disbursements (Ordinary + Reorganization) | 0 |  |
| Net Cash Flow (Total Receipts - Total Disbursements) | 0 |  |
| Cash - End of Month (must equal reconciled bank statement) | $1740.00 |  |

FORM MOR-1 (INDV) (10/00)

In re: __Glenroy Paul__       Case No.: __1-13-44918__
       Debtor(s)                Reporting Period: __8/12/13 - 8/31/13__

## INDIVIDUAL DEBTOR(S) CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | CURRENT MONTH ACTUAL | CUMULATIVE FILING TO DATE |
|---|---|---|
| Other Income | none | |
| Other Taxes | none | |
| Other Ordinary Disbursements | none | |
| Other Reorganization Expenses | none | |

FORM MOR-1 (INDV) (CON'T)
(10/00)

## Schedule of Business Disbursements

| Disbursements | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Payroll | | | | | | | | | | |
| Payroll Taxes | | | | | | | | | | |
| Sales, Use & Other Taxes | | | | | | | | | | |
| Inventory Purchases | | | | | | | | | | |
| Secured / Rental / Leases | | | | | | | | | | |
| Insurance | | | | | | | | | | |
| Administrative | | | | | | | | | | |
| Selling | | | | | | | | | | |
| Other (Attach List) | | | | | | | | | | |
| Owner Draw | | | | | | | | | | |
| Transfers (To Dip Accounts) | | | | | | | | | | |
| Professional Fees | | | | | | | | | | |
| U.S. Trustee Quarterly Fees | | | | | | | | | | |
| Court Costs | | | | | | | | | | |
| Total Disbursements | | | | | | | | | | |

Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

001/R1/04F000

000
CITIBANK, N.A.
Account
4976202585

GLENROY M PAUL
974 RUTLAND ROAD APT 3R
BROOKLYN NY            11212-1500

Statement Period
Aug 6 - Sep 5, 2013

Page 1 of 3

## BASIC BANKING ACCOUNT

**Relationship Summary:**

| | |
|---|---|
| **Checking** | $1,740.00 |
| **Savings** | ----- |
| **Investments** (not FDIC Insured) | ----- |
| **Loans** | ----- |
| **Credit Cards** | ----- |

*Nelo Rose Jack*
*Personal Banker*
*Citibank*
*Utica/Clarkson FC#142*

Thinking about buying a home or refinancing? Our Home Lending Specialists can guide you through the mortgage process and recommend options which best suit your needs. Act now while rates are still low. Ask about the additional mortgage incentives available for Citibank customers. Visit a local branch to learn more today] Equal Housing Lender. NMLS #412915.

## SUGGESTIONS AND INFORMATION

Reduce the clutter and go Paperless. With Paperless, you can manage your statements online only. You will receive a monthly email notification when your statement is ready. Enroll now at www.citi.com\savepaper

## BASIC BANKING

| Basic Checking Fees* | Your Fees this Statement Period | |
|---|---|---|
| Monthly Service Fee<br><br>Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $10.00 | Waived due to deposit balances |
| Fee for non-Citibank ATM transaction | $2.00 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

GLENROY M PAUL      Account 4976202585     Page 2 of 3     001/R1/04F000
Statement Period - Aug 6 - Sep 5, 2013

## CHECKING ACCOUNT

**Basic Checking**
4976202585      Beginning Balance:    $1,740.00
     Ending Balance:    $1,740.00

### ThankYou® Points Summary

| | |
|---|---|
| Points from checking account and other products and services | 0 |
| Total Points forwarded to Citi® ThankYou® Rewards | 0 |
| Go to thankyou.com to review your point balance and redeem | |

This summary includes only points awarded for the Citibank checking account relationship and may not reflect any bonus points received through a promotional offer. You can obtain updated point information by accessing your ThankYou Member Account at www.thankyou.com. Please refer to the Citibank Program ThankYou Rewards Terms and Conditions provided to the primary (first) signer of the checking account upon enrollment of your Citibank checking account and the Terms and Conditions of ThankYou Rewards for important details.

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 800-627-3999<br>(For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

Please read the paragraphs below for important information on your accounts with us. Note that some of those products may not be available in all states or in all packages.

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

**CERTIFICATES OF DEPOSIT**
Certificate of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period. Updated information will be reflected on a subsequent statement.

**In Case of Errors or Questions About Your Electronic Fund Transfers other than for Investment Transactions:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Citibank is an Equal Housing Lender. 

© 2013 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design, Checking Plus, MasterCard, Visa, Citibank Preferred Visa and MasterCard, Citibank Platinum Select, Citigold, CitiPhone Banking and Ready Credit are registered service marks of Citigroup, Inc.

**GLENROY M PAUL**                    Account  4976202585          Page 3 of 3          001/R1/04F000
                                      Statement Period - Aug 6 - Sep 5, 2013

### TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES:

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the "Checks and Other Withdrawals Outstanding" column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

6. Record Closing Balance here (as shown on statement).

7. Add deposits or transfers you recorded which are not shown on this statement.

8. Total (6 and 7 above).

9. Enter Total "Checks and Other Withdrawals Outstanding"(from right).

BALANCE   (8 less 9 should equal your checkbook balance).

**Checks and Other Withdrawals Outstanding**
(Made by you but not yet indicated as paid on your statement)

| Number or Date | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Sum of check charges on or above if applicable |  |
| Total |  |