B6J (Official Form 6J) (12/07)
In re **Glenroy Paul**          Case No. **1-13-44918**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

    Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ **3,898.24** |
|   a. Are real estate taxes included? | Yes **X**    No ___ | |
|   b. Is property insurance included? | Yes **X**    No ___ | |
| 2. Utilities:    a. Electricity and heating fuel | | $ **136.76** |
|               b. Water and sewer | | $ **36.00** |
|               c. Telephone | | $ **0.00** |
|               d. Other **See Detailed Expense Attachment** | | $ **167.00** |
| 3. Home maintenance (repairs and upkeep) | | $ **38.99** |
| 4. Food | | $ **600.00** |
| 5. Clothing | | $ **307.88** |
| 6. Laundry and dry cleaning | | $ **48.00** |
| 7. Medical and dental expenses | | $ **79.00** |
| 8. Transportation (not including car payments) | | $ **101.71** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ **0.00** |
| 10. Charitable contributions | | $ **545.17** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|               a. Homeowner's or renter's | | $ **0.00** |
|               b. Life | | $ **103.30** |
|               c. Health | | $ **139.00** |
|               d. Auto | | $ **139.58** |
|               e. Other | | $ **0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|        (Specify) | | $ **0.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|               a. Auto | | $ **0.00** |
|               b. Other | | $ **0.00** |
|               c. Other | | $ **0.00** |
| 14. Alimony, maintenance, and support paid to others | | $ **150.00** |
| 15. Payments for support of additional dependents not living at your home | | $ **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ **0.00** |
| 17. Other **See Detailed Expense Attachment** | | $ **1,255.01** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **7,745.64** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ **8,384.74** |
| b. | Average monthly expenses from Line 18 above | $ **7,745.64** |
| c. | Monthly net income (a. minus b.) | $ **639.10** |

**B6J (Official Form 6J) (12/07)**

In re **Glenroy Paul**  Case No. **1-13-44918**

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| CABLE, INTERNET, TELEPHONE | $ 127.00 |
| Cellphone | $ 40.00 |
| **Total Other Utility Expenditures** | **$ 167.00** |

**Other Expenditures:**

| | |
|---|---:|
| Personal Grooming | $ 109.56 |
| Con Edison for building | $ 120.45 |
| Maintance for the building | $ 75.00 |
| Wife's credit cards | $ 100.00 |
| Students Loans | $ 50.00 |
| Baby Sitter | $ 800.00 |
| **Total Other Expenditures** | **$ 1,255.01** |