UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:   Glenroy Paul ---------------------------------------------}(

Chapter 13

Case No.:   1-13-44918

Debtor(s)

**Third** **AMENDED** CHAPTER 13 PLAN

---------------------------------------------}(

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay to the trustee for a total of   60   months, the sum of: $ 639.10   commencing   September 2013   through and including   August 2018   for a period of   60   months;

2. From the payments so received, the trustee shall make disbursements as follows:
   (a)   Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.
   (b)   Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, NATIONAL GRID PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).

_____(mortgage holder) to be paid pre-petition arrears in the sum of $___ plus ___% interest over the life of the plan.

   (c)   Subsequent to distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows: PRO RATA distribution to all timely filed proofs of claim of not less than   100   %(percent).

3. All lease agreements are hereby assumed, unless specifically rejected as follows:
   Other Party                                    Description of Contract or Lease
   1. Ming Q Inc.                                 Nail Salon Tenant 5 year lease of commercial space.
   974 Rutland Road
   Brooklyn, New York 11212
   2. Mr. Matthew Walker                          Tenant 2 year lease.
   974 Rutland Road
   Brooklyn, New York 11212
   3. Ms. Sherry Peters                           Tenant 2 year lease.
   974 Rutland Road
   Brooklyn, New York 11212

4. During the pendency of this case, the debtor(s) will provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

Title to the debtor(s) property shall revest in the debtor(s) upon completion of the plan, unless otherwise provided in the Order confirming this plan. Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.

/s/ Glenroy Paul
Glenroy Paul
Debtor

Dated: _____

/s/ ARLENE GORDON-OLIVER, ESQ.
ARLENE GORDON-OLIVER, ESQ.
Attorney for Debtor